FLEMING, Temporary Controls Administrator, v. BROWN et al.

No. 9269.

Circuit Court of Appeals, Third Circuit.

Argued March 7, 1947.

Decided June 3, 1947.

David London, of Washington, D. C. (William E. Remy, of Washington, D. C., Kenneth V. Fisher, of New York City, Samuel Mermin, and Stanley B. Frosh, both of Washington, D. C., on the brief), for appellant.

Atwood Cranston, of Jersey City, N. J., and Jacob S. Spiro, of New York City, for appellees.

Before BIGGS, GOODRICH, and O'-CONNELL, Circuit Judges.

PER CURIAM.

The contention that the appeal at bar is moot cannot be supported in view of the allegations contained in the affidavits filed by the parties.

Every question presented by the appeal at bar must be decided in favor of the appellant by reason of the decisions of the Supreme Court in Fleming v. Mohawk Wrecking and Lumber Co. and Raley v. Fleming, 1947, 67 S.Ct. 1129. The appellee's motion filed in this court to abate or to dismiss the action will be denied. The order of the court below, appealed from, will be reversed.